**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-2134

ANNETTE CHARITY,

Plaintiff - Appellant,

versus

JOHN E. POTTER, Postmaster General,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge. (CA-03-988)

Submitted:  December 9, 2004          Decided:  December 14, 2004

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Annette Charity, Appellant Pro Se. Debra Jean Prillaman, Assistant United States Attorney, Richmond, Virginia; Christopher John Burton, UNITED STATES POSTAL SERVICE, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Annette Charity appeals the district court's order awarding summary judgment in favor of the Postmaster General in her civil action challenging the non-renewal of her term of employment with the U.S. Postal Service. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Charity v. Potter, No. CA-03-988 (E.D. Va. July 16, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED